1
2
3
4
5
6
7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WILBERT DALE RUSS,

11          Plaintiff,                    No. CIV S 07-2579 LKK DAD P

12      vs.

13  J. CATES, et al.,

14          Defendants.                   <u>ORDER</u>

15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

18  required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity

19  either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or

20  to submit the appropriate filing fee.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23  in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24  Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the

25  dismissal of this action; and

26  /////

1

1      2. The Clerk of the Court is directed to send plaintiff a new Application to

2  Proceed In Forma Pauperis By a Prisoner.

3  DATED: December 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:cm
russ2579.3a